1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:        matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   SONY BMG MUSIC ENTERTAINMENT;
7  BMG MUSIC; ARISTA RECORDS LLC;
   and CAPITOL RECORDS, INC.
8

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and CAPITOL RECORDS, INC., a Delaware corporation,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>CYNTHIA EVANS,<br><br>　　　　　　Defendants. | CASE NO. 1:08-CV-00109-OWW-DLB<br><br>**Honorable Oliver W. Wanger**<br><br>**ORDER GRANTING PLAINTIFFS'** ***EX PARTE*** **APPLICATION TO CONTINUE INITIAL SCHEDULING CONFERENCE** |

[PROPOSED] ORDER RE EX PARTE APPLICATION TO CONTINUE SCHEDULING CONFERENCE
Case No. 1:08-cv-00109-OWW-DLB
#36770 v1

PDF created with pdfFactory trial version www.pdffactory.com

1  Upon Plaintiffs' *Ex Parte* Application to Continue Initial Scheduling Conference, and good
2  cause having been shown, it is hereby:
3  ORDERED that the scheduling conference currently scheduled for April 23, 2008, at 8:15
4  a.m., is hereby continued to July 23, 2008.
5
6  Dated: April 14, 2008                          By:  /s/ OLIVER W. WANGER
                                                       Honorable Oliver W. Wagner
7                                                      United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

PDF created with pdfFactory trial version www.pdffactory.com