Matthew Franklin Jaksa (CA State Bar No. 248072)
Dawniell Zavala (CA State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:         matt.jaksa@hro.com

Attorneys for Plaintiffs,
SONY BMG MUSIC ENTERTAINMENT;
BMG MUSIC; ARISTA RECORDS LLC;
and CAPITOL RECORDS, INC.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and CAPITOL RECORDS, INC., a Delaware corporation,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br>CYNTHIA EVANS,<br>　　　　　　　　Defendants. | CASE NO. 1:08-CV-00109-OWW-DLB<br><br>**Honorable Oliver W. Wanger**<br><br>**ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION TO EXTEND TIME TO SERVE DEFENDANT** |

[PROPOSED] ORDER RE EX PARTE APPLICATION TO EXTEND TIME TO SERVE DEFENDANT
Case No. 1:08-cv-00109-OWW-DLB
#37637 v1

PDF created with pdfFactory trial version www.pdffactory.com

Upon Plaintiffs' *Ex Parte* Application to Extend Time to Serve Defendant, and good cause having been shown, it is hereby:

ORDERED, pursuant to the Federal Rules of Civil Procedure, Rules 4(m) and 6(b), Plaintiffs' time to serve the summons and complaint on Defendant is hereby extended to August 18, 2008.

Dated: May 20, 2008                                      By: /s/ OLIVER W. WANGER
                                                              Honorable Oliver W. Wagner
                                                              United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com