1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   Dawniell Zavala (CA State Bar No. 253130)
2  HOLME ROBERTS & OWEN LLP
   560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:       matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   SONY BMG MUSIC ENTERTAINMENT;
7  BMG MUSIC; ARISTA RECORDS LLC;
   and CAPITOL RECORDS, INC.
8
9                    UNITED STATES DISTRICT COURT
10        EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION
11
   SONY BMG MUSIC ENTERTAINMENT, a        CASE NO. 1:08-CV-00109-OWW-DLB
12 Delaware general partnership; BMG MUSIC,
   a New York general partnership; ARISTA     **Honorable Oliver W. Wanger**
13 RECORDS LLC, a Delaware limited liability
   company; and CAPITOL RECORDS, INC., a   **ORDER GRANTING PLAINTIFFS' *EX***
14 Delaware corporation,                    ***PARTE* APPLICATION TO EXTEND TIME**
                                            **TO SERVE DEFENDANT**
15                    Plaintiffs,
16        v.
17 CYNTHIA EVANS,
18                    Defendants.
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER RE EX PARTE APPLICATION TO EXTEND TIME TO SERVE DEFENDANT
Case No. 1:08-cv-00109-OWW-DLB
#37637 v1

Upon Plaintiffs' *Ex Parte* Application to Extend Time to Serve Defendant, and good cause having been shown, it is hereby:

ORDERED, pursuant to the Federal Rules of Civil Procedure, Rules 4(m) and 6(b), Plaintiffs' time to serve the summons and complaint on Defendant is hereby extended to August 18, 2008.

Dated:  May 29, 2008                         By:  ___/s/ *Dennis L. Beck*_____

                                                          Honorable Dennis L. Beck
                                                          United States Magistrate Judge

[PROPOSED] ORDER RE EX PARTE APPLICATION TO EXTEND TIME TO SERVE DEFENDANT
Case No. 1:08-cv-00109-OWW-DLB
#37637 v1