UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, ET.AL.<br><br>          Plaintiff,<br><br>     v.<br><br>CYNTHIA EVANS,<br><br>          Defendant, | 1:08-CV-00109 OWW DLB<br><br><br><br>**ORDER DISMISSING ACTION** |

Pursuant to the notice of voluntary dismissal filed pursuant to FRCvP 41,

IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

IT IS SO ORDERED.

**Dated:   June 5, 2008**                        **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE

1